# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-05-00043-CR
NO. 03-05-00044-CR

**Bryant Keith Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
NOS. 3030384 & 3030397, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Bryant Keith Johnson seeks to appeal from judgments of conviction for aggravated robbery. Sentence was imposed on August 28, 2003. Johnson filed his pro se motion for out-of-time appeal on January 7, 2005. Even if the motion is treated as a notice of appeal, it was not timely filed. *See* Tex. R. App. P. 26.2(a). If Johnson believes that he is entitled to an out-of-time appeal, he must seek it by means of a post-conviction habeas corpus proceeding. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2004-05). We lack jurisdiction to dispose of the purported appeals in any manner other than by dismissing them for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeals are dismissed.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   February 8, 2005

Do Not Publish